

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00056-CV

| | | |
|---|---|---|
| WCJ Assets, Ltd., Appellant | § | On Appeal from the 271st District Court |
| v. | § | of Wise County (CV20-08-579) |
| | § | June 22, 2023 |
| US Trinity Bridgeport, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that this interlocutory appeal should be dismissed. Having determined that the issues at play in the trial court's January 27, 2023 "Modified Order Granting [Appellee's] Application for Temporary and Permanent Injunctive Relief" are now moot, we set aside the trial court's order and dismiss this interlocutory appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Dabney Bassel_____
    Justice Dabney Bassel